# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| SEAN LAVELLE BARLEY, | : | No. 12 WAP 2015 |
| | : | |
| Appellant | : | Appeal from the Order of the |
| | : | Commonwealth Court dated April 21, |
| | : | 2015 at No. 209 M.D. 2015. |
| v. | : | |
| | : | |
| | : | |
| | : | |
| WAYNE J. GAVIN AND PENNSYLVANIA | : | |
| BOARD OF PROBATION AND PAROLE, | : | |
| | : | |
| Appellees | : | |

## ORDER

**PER CURIAM**

    **AND NOW,** this 16th day of February 2016, the Order of the Commonwealth Court is **AFFIRMED**.

    Mr. Justice Eakin did not participate in the consideration or decision of this matter.